UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-61594-BLOOM/Valle

NARNIKE PIERRE, *et al.*,

    Plaintiffs,

v.

FAY SERVICING, LLC, *et al.*,

    Defendants.
_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** is before the Court upon a *sua sponte* examination of the record. On October 29, 2018, the Court entered an Order Scheduling Mediation before Joseph J. Huss on April 3, 2019. ECF No. [20] ("Order"). In that Order, the Court required the parties to file a mediation report no later than April 6, 2019. To date, no mediation report has been filed. Accordingly, it is **ORDERED AND ADJUDGED** that the parties shall file a mediation report **no later than April 12, 2019**. *Failure to do so shall result in dismissal without prejudice and without further notice*.

**DONE AND ORDERED** in Chambers at Miami, Florida, on April 9, 2019.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record